**Frederic Albert DEININGER, Appellant, v. Estelle Desiree DEININGER, Appellee.**

No. 10023.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 3, 1950.

Decided Feb. 6, 1950.

H. Clay Epsey, Washington, D. C., for appellant.

David G. Bress, Washington, D. C., with whom Alvin L. Newmyer and George A. Greenfield, Washington, D. C., were on the brief, for appellee.

Before WILBUR K. MILLER, PROCTOR and WASHINGTON, Circuit Judges.

PER CURIAM.

This is a divorce case. The husband appeals from the judgment of the District Court which granted to the wife a limited divorce, alimony and counsel fees. We find no substantial error in the record.

Affirmed.

**SENATOR CAB COMPANY, Inc., a corporation, and S. W. Hall, Appellants, v. Mary R. Slaughter BURKE, Appellee.**

No. 10255.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 23, 1950.

Decided Feb. 6, 1950.

Mr. Paul J. Sedgwick, Washington, D. C., for appellants. Mr. J. Lawrence Hall, Washington, D. C., also entered an appearance for appellants.

Mr. Louis Ginberg, Washington, D. C., with whom Mr. Dorsey K. Offutt, Washington, D. C., was on the brief, for appellee.

Before EDGERTON, FAHY, and BAZELON, Circuit Judges.

PER CURIAM.

The defendants appeal from a judgment for the plaintiff in a suit for personal injury by negligence. We find no error.

Affirmed.

**William R. DEATON, Appellant, v. DISTRICT OF COLUMBIA BOARD OF PAROLE, Appellee.**

No. 10498.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 23, 1950.

Decided Feb. 6, 1950.

Mr. John M. Webster, Washington, D. C., for appellant.

Mr. L. Clark Ewing, Assistant United States Attorney, Washington, D. C., with whom Mr. George Morris Fay, United States Attorney, and Messrs. Joseph M. Howard and John J. O'Leary, Assistant United States Attorneys, Washington, D. C., were on the brief, for appellee.

Before EDGERTON, FAHY, and BAZELON, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment dismissing a complaint for a mandatory injunction to require the Parole Board to reverse its action and exercise in appellant's favor the Board's discretion under D.C. Code (1940) (Supp. VII) § 24—201c. We find no error.

Affirmed.